AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>GREGORY CLARK<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   4: 20 MJ 7095 SPM<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 25 through March 2, 2020  in the county of  St. Louis  in the Eastern District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875 | Interstate Extortion |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Eric Mills*
*Complainant's signature*

S/A Eric Mills, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  03/05/2019

*[signature]*
*Judge's signature*

City and state:  St. Louis, Missouri    Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*

AUSA: CARROLL