## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.  4:20CR00177 RLW/PLC |
| | ) | |
| Gregory Clark, | ) | |
| Defendant. | ) | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
## CONSENT TO TELECONFERENCING OF ARRAIGNMENT

I, the defendant named above, have been advised that Federal Rule of Criminal Procedure 10 provides that I have the right to be present in person in open court at my arraignment on the indictment or information filed in this case. I have also been advised that Rule 10 also provides an arraignment may be conducted by video teleconferencing if I consent.

Further, I hereby affirm that I have received a copy of the indictment in this case.

__X__ I consent to waive (give up) my right to be present at my arraignment in open court, knowing that my plea will be entered in my absence, and I hereby plead **NOT GUILTY TO THE CHARGE(S) AGAINST ME AND**

__X__ I consent to a telephonic arraignment through my attorney; OR

_____ I wish to be present at my arraignment but consent to have my arraignment conducted by video teleconference.

_____  _____
SIGNATURE OF DEFENDANT                    SIGNATURE OF DEFENSE COUNSEL
Signed on  3/30/2020                                 Signed on  3/30/2020

Under the circumstances set forth above:

___   The Court hereby accepts as voluntary the waiver of the defendant to his/her personal appearance in open court for his/her arraignment in order to enter his/her plea of **NOT GUILTY.**

___   The Court hereby accepts as voluntary the consent of the defendant to the video teleconferencing of his/her arraignment.

_____
**UNITED STATES MAGISTRATE JUDGE**

Signed on _____.