UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20 CR 177 RLW |
| ) | |
| GREGORY CLARK, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO CONTINUE THE OCTOBER 5, 2020 TRIAL SETTING

Defendant Gregory Clark, through his attorney, Assistant Federal Public Defender Brocca Morrison, moves to continue the trial date to a date convenient for the Court. In support of this motion he states:

1. Mr. Clark is set for trial on October 5, 2020;

2. The parties are currently engaged in plea negotiations;

3. Defendant believes his request is in the interest of justice and that his need for the additional time outweighs both his interest and the public's interest in a speedy trial;

4. The Government has no objection to the continuance;

5. A signed speedy trial waiver is attached to this motion;

WHEREFORE, Defendant respectfully requests that the Court continue the October 5, 2020 trial setting to a date convenient for the Court.

Dated September 22, 2020.

Respectfully submitted,

/s/ Brocca Morrison
BROCCA MORRISON
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri   63101

Telephone: 314 241 1255
Fax: 314 241 3177
E-Mail: Brocca_Morrison@fd.org

Attorney for Defendant

## CERTIFICATE OF SERVICE

Assistant Federal Public Defender Brocca Morrison certifies that she filed Defendant's Motion to Continue the trial setting electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorneys Ms. Gwendolyn Carroll.

Dated September 22, 2020.

/s/ Brocca Morrison