UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No.  4:20 CR 177 RLW |
| | ) | |
| GREGORY CLARK, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF SPEEDY TRIAL

Comes now the Defendant, Gregory Clark, and executes this Waiver of a Speedy Trial,

Title 18 U.S.C.§3161, et seq. He further states to the Court that he has been advised by counsel

and understands that the statute, commonly known as the Speedy Trial Act, provides times limits

to insure that a criminal case proceeds to a conclusion without unnecessary delay at any stage;

that ordinarily a trial is scheduled to start not less than thirty (30) days from the date when the

Defendant first appeared with counsel or more than seventy (70) days from the time the

Defendant entered a plea of not guilty; and that certain periods of delay would be excluded from

calculating the seventy (70) day limitation.

Defendant further states to the Court that he believes the ends of justice would best be

served by executing said Waiver and such Waiver would outweigh the interests of the public and

the Defendant to a speedy trial.

WHEREFORE, Defendant moves this Court to accept this Waiver of his

rights under the Speedy Trial Act.

Respectfully submitted,

/s/ Brocca Morrison
BROCCA L. MORRISON
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Brocca_Morrison@fd.org
ATTORNEY FOR DEFENDANT

Gregory Clark, Defendant

Dated this 22 day of September, 2020